# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**NANCY MESERVE,**

      **Plaintiff,**　　　　　　　　　　**CASE NO. 4:17-cv-00112-JHM**

**vs.**

**CAPITAL ONE BANK (USA) N.A.**

      **Defendant.**

_____/

## NOTICE OF SETTLEMENT

    Plaintiff Nancy Meserve notifies this Court that Plaintiff and Capital One Bank (USA) N.A. have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement, and stay all remaining discovery deadlines.

    Respectfully submitted the 25th day of May, 2018.

                                                       RESPECTFULLY SUBMITTED

                                                       By: *s/ Joseph E. Blandford, Jr.*
                                                       Joseph E. Blandford, Jr.
                                                       Attorney for Plaintiff, Nancy Meserve
                                                       1387 S. Fourth Street
                                                       Louisville, Kentucky 40208
                                                       T: 502-636-4615
                                                       F: 502-634-9119

29911127 v1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 25th day of May, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

**Brian M. Bennett**
Stites & Harbison, PLLC - Louisville
400 W. Market Street, Suite 1800
Louisville, KY 40202-3352
502-587-3400
Email: bbennett@stites.com

                    By: *s/ Joseph E. Blandford*
                         Joseph E. Blandford
                         Attorney for Plaintiff
                         Nancy Meserve