# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| NANCY MESERVE, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br><br> Defendants. | Case No: 4:17-CV-00112-JHM-HBB <br><br> *ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Nancy Meserve ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Brian M. Bennett (with permission)* <br> Richard A. Vance <br> Brian M. Bennett <br> STITES & HARBISON, PLLC <br> 400 West Market Street, Suite 1800 <br> Louisville, KY 40202-3352 <br> Telephone: (502) 587-3400 <br> bbennett@stites.com <br> COUNSEL FOR DEFENDANT | */s/ Joseph E. Blandford, Jr.* <br> Joseph E. Blandford, Jr. <br> 1387 S. Fourth Street <br> Louisville, KY 40208 <br> Telephone:  (502) 636-4615 <br> Facsimile: (502) 634-9119 <br> jeblaw@bellsouth.net <br> COUNSEL FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of July, 2018, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following:

    Brian M. Bennett
    bbennett@stites.com

                                  */s/ Joseph E. Blandford, Jr.*
                                  Counsel for Plaintiff

1230240:1:LOUISVILLE