# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

NANCY MESERVE,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendants.

Case No: 4:17-CV-00112-JHM-HBB

*ELECTRONICALLY FILED*

## ORDER OF DISMISSAL

Plaintiff, Nancy Meserve ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A. ("Defendant"), having filed a Joint Stipulation of Dismissal, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorneys' fees.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

July 12, 2018

1230245:1:LOUISVILLE